UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENDEZ, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> FIRST GROCERY, INC., ET AL, <br><br> Defendants. | ECF No. 1:15-CV-01400 (~~JCF~~) RWL <br><br> ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF SAIMA Z. SHEIKH |

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Saima Z. Sheikh of Baker & Hostetler LLP is hereby withdrawn as counsel for Defendants First Grocery, Inc., Mi Ae Pae, and Youngho Ho Pae.

Dated: December 2, 2019

SO ORDERED

_____
U.S.M.J.

Robert W. Lehrburger
**United States Magistrate Judge**
**Southern District of New York**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 12-2-19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MENDEZ, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> FIRST GROCERY, INC., ET AL, <br><br> Defendants. | ECF No. 1:15-CV-01400 (~~JCF~~) RWL <br><br> **AFFIDAVIT OF SAIMA Z. SHEIKH** |

STATE OF NEW YORK   )
                    ) SS.
COUNTY OF NEW YORK  )

SAIMA Z. SHEIKH, being duly sworn, deposes and states:

1. I am an Associate with the law firm of Baker & Hostetler LLP and former Associate at FordHarrison LLP. I am currently out on maternity leave from Baker & Hostetler LLP.

2. I am admitted to practice in this Court and respectfully submit this Affidavit in support of the Proposed Order Granting Withdrawal of Appearance of Saima Z. Sheikh.

3. On November 23, 2015, while at FordHarrison LLP, I entered a Notice of Appearance for Defendants First Grocery, Inc., Mi Ae Pae, and Youngho Ho Pae ("Defendants"). ECF No. 56.

4. These Defendants have been clients of Michael Yim, a former attorney at FordHarrison LLP and current Partner at Putney, Twombly, Hall & Hirson LLP. Mr. Yim has entered an appearance in this case on behalf of these Defendants. ECF No. 24.

5. I hereby request leave to withdraw as counsel for Defendants First Grocery, Inc., Mi Ae Pae, and Youngho Ho Pae because I am no longer associated with FordHarrison LLP, where I represented said Defendants. I no longer represent said Defendants.

6. Mr. Yim continues to represent said Defendants in this action. ECF No. 24.

Dated: December 2, 2019

_____
SAIMA Z. SHEIKH

Sworn to before me this
2nd day of December, 2019

_____
NOTARY PUBLIC

CHRISTINA I. BELANGER
NOTARY PUBLIC
State of New York
No. 01BE4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires September 30, 2021