UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CARLOS MENDEZ, et al.,

                Plaintiffs,

      - against -

FIRST GROCERY INC. et al.,

                Defendants.
------------------------------------------------------------X

15-CV-1400 (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Defendant Hyoun A. Kim's request for an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint. (Dkt. 107.) Plaintiffs have consented to this request. Accordingly, Plaintiffs' motion for a default judgment against Defendant Kim is hereby DENIED as moot and Defendant Kim's request for an extension of time is GRANTED. Defendant Kim shall respond to Plaintiffs' First Amended Complaint by February 7, 2020.

      The Clerk is respectfully directed to terminate the motions at Dkts. 92 and 107.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: January 17, 2020
       New York, New York

Copies transmitted to all counsel of record