USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS MENDEZ, et al.,

                Plaintiffs,

   - against -

FIRST GROCERY INC., et al.,

                Defendants.
-----------------------------------------------------------X

15-CV-1400 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 21, 2021, the mediator reported that the parties reach agreement on all issues. The parties have not since filed a settlement agreement for approval by the Court. Accordingly, the parties shall submit their settlement agreement and *Cheeks* submission no later than August 21, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2021
       New York, New York

Copies transmitted to all counsel of record.