UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

CARLOS MENDEZ, CESAREO VASQUEZ, JAVIER AMARO, JOHNNY PIONCE SANCHEZ, JOSE CARLOS BONILLA, JUAN RAMIRO PEREZ, NAMGYAL DOLKAR, PINKU THAPA, RICARDO VARGAS, ROBERTO FLORES, ROBERTO MORAN, ROGELIO RAMON, SANTIAGO RODRIGUEZ, and VICTORINO PATRICIO GALINDO, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

FIRST GROCERY INC. (d/b/a FOOD DEPOT), CAFÉ 19 CORP. (d/b/a CAFÉ 19), GOOD NEWS DELICATESSEN INC. (d/b/a FOOD DEPOT), FIFTH AVENUE GROCERY, INC. (d/b/a FOOD DEPOT), A N D DELI & GROCERY CORPORATION (d/b/a FOOD DEPOT), MI AE PAE, YOUNGHO HO PAE, DONG L. KIM, HYOUN A. KIM, and ANITA LIPSCOMB,

                Defendants.
--------------------------------------------------------X

15-CV-1400-RWL

~~(PROPOSED)~~ JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

      WHEREAS on or about August 18, 2021, Defendant HYOUN A. KIM extended to Plaintiffs CESAREO VASQUEZ, JAVIER AMARO, JOHNNY PIONCE SANCHEZ, JUAN RAMIRO PEREZ, RICARDO VARGAS, ROBERTO FLORES, ROGELIO RAMON, SANTIAGO RODRIGUEZ, VICTORINO PATRICIO GALINDO, and JOSE CARLOS BONILLA an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about August 18, 2021.

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendant in the amount of <u>One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00)</u>

    Dated: New York, New York

        __August 20_____, 2021

                                        _____
                                        JUDGE ROBERT W. LEHRBURGER, U.S.M.J.