```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARLOS MENDEZ, et al.,

                Plaintiffs,

    - against -

FIRST GROCERY INC., et al.,

                Defendants.
-------------------------------------------------------------X

15-CV-1400 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Judgment in this case was entered on August 20, 2021, and a stipulation of dismissal was filed on August 23, 2021. It is not apparent to the Court whether the case has now been resolved as to all defendants. Accordingly, by September 21, 2021, Plaintiffs shall file either (1) a document effecting dismissal of any defendants that remain in the case (whether or not they appeared), or (2) a certification there are no such defendants, with citation to supporting docket entries for each defendant dismissed or otherwise terminated, or (3) a list of any remaining defendants and a proposal for disposing of them so that the case may be closed.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 16, 2021
       New York, New York

Copies transmitted to all counsel of record.