UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS MENDEZ, et al.,                          :
                                                :
                        Plaintiffs,             :
                                                :
            - against -                         :
                                                :
FIRST GROCERY INC., et al.,                     :
                                                :
                        Defendants.             :
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/22/2021

15-CV-1400 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

          Whereas judgment was entered against Hyoun A. Kim on August 20, 2021 (Dkt. 128); and whereas the case against Hyoun A. Kim was dismissed with prejudice by stipulation on August 23, 2021 (Dkt. 130), and whereas the Plaintiffs have indicated they wish to dismiss the case without prejudice as to all other defendants, it is hereby ordered that the case is dismissed without prejudice as to all remaining defendants. The Clerk of Court is respectfully requested to terminate all deadlines and motions and terminate the case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2021
         New York, New York

Copies transmitted to all counsel of record.